ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00288-KES-EPG |
|---|---|
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| JOSE DE JESUS URIBE. | |
| Defendant. | |

**STIPULATION**

1.  By previous order, this matter was set for a status conference hearing on May 15, 2026. By this stipulation, defendant moves to continue the status conference to June 26, 2026.

2.  No exclusion of time is required as this matter is a supervised release violation.

Dated: May 14, 2026                    Respectfully submitted,

                                       ERIC GRANT
                                       United States Attorney


                                By     /s/ Antonio J. Pataca
                                       ANTONIO J. PATACA
                                       Assistant United States Attorney


Dated: May 14, 2026             By:    /s/ Mohamad Baydoun
                                            MOHAMAD BAYDOUN
                                       Attorney for Defendant
                                       Jose De Jesus Uribe


Stipulation                              1

ORDER

The Court, having received and considered the Stipulation of the parties, hereby ORDERS as follows:

The Court continues the status conference hearing on May 15, 2026, to June 26, 2026 at 2:00pm in Courtroom 9 before the Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE

Stipulation

2