ERIC GRANT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>JOSE DE JESUS URIBE.<br><br>                    Defendant. | CASE NO.  1:21-CR-00288-KES-EPG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

**STIPULATION**

1.      By previous order, this matter was set for a status conference hearing on June 26, 2026.  By this stipulation, defendant moves to continue the status conference to August 3, 2026.  The parties request additional time to conduct investigation and negotiate a potential resolution.

2.      No exclusion of time is required as this matter is a supervised release violation.

Dated: June 23, 2026                                      Respectfully submitted,

                                                         ERIC GRANT
                                                         United States Attorney


                                            By      */s/ Antonio J. Pataca*
                                                         ANTONIO J. PATACA
                                                         Assistant United States Attorney


Dated: June 23, 2026                     By:     */s/ Mohamad Baydoun*
                                                         MOHAMAD BAYDOUN
                                                         Attorney for Defendant
                                                         Jose De Jesus Uribe


Stipulation                                         1

ORDER

The Court, having received and considered the Stipulation of the parties, hereby ORDERS as follows:

The Court continues the status conference hearing on June 26, 2026, to August 3, 2026 at 2:00 PM before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated: __**June 23, 2026**__ _____

STANLEY A. BOONE
United States Magistrate Judge

Stipulation

2